■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL SHARPE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 19, 1978, convicting him of murder in the second degree, robbery in the second degree and burglary in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. After defendant was adjudicated competent to proceed to trial, further inquiry into his mental capacity to plead guilty was unnecessary (see *People v Reason,* 37 NY2d 351). While the court did not specifically question him about the insanity defense, it is clear that under the circumstances he was aware of and understood the defense. Cohalan, J. P., Margett, Martuscello and Gibbons, JJ., concur.

## (October 16, 1979)

■   In the Matter of BRUCE BERGMAN, Appellant, v ISABEL DODD et al., Constituting the Board of Elections of the County of Nassau, and EMANUEL DIRACLES, Respondents.—In a proceeding, *inter alia,* to validate a petition nominating petitioner, Harvey Weisenberg and Ira Tepper as candidates of the Independent Coalition to Save Long Beach in the general election to be held on November 6, 1979 for the public office of member of the City Council of the City of Long Beach, the appeal is from a judgment of the Supreme Court, Nassau County, entered October 12, 1979, which (1) upheld a determination of the respondent Board of Elections that the nominating petition was invalid and (2) dismissed the proceeding. Judgment affirmed, without costs or disbursements. We find no legal distinction between a nominating petition and a designating petition with respect to the requirement that election district numbers be set forth (see *Matter of Sciarra v Donnelly,* 34 NY2d 970; see, also, *Matter of Higby v Mahoney* 48 NY2d 15). Lazer, J. P., Gulotta, Cohalan and Gibbons, JJ., concur.

## (October 19, 1979)

■   In the Matter of MICHAEL E. FLEISCHER, Appellant, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, and PATRICK VECCHIO et al., Respondents.—Judgment of the Supreme Court, Suffolk County, dated October 11, 1979, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano and Martuscello, JJ., concur.

■   In the Matter of MITCHELL S. CHMIELEWSKI, Appellant, et al., Objectors, v ANTHONY SADOWSKI et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgment of the Supreme Court, Kings County, dated October 15, 1979, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano and Martuscello, JJ., concur.